# MEMORANDUM DECISIONS.

BAGLIN v. CUSENIER CO. (Circuit Court of Appeals, Second Circuit. November 8, 1909.) No. 205. Appeal from and Writ of Error to the Circuit Court of the United States for the Southern District of New York. See, also, 156 Fed. 1015; 164 Fed. 25, 90 C. C. A. 499. A. L. Pincoffs and Roger Foster, for plaintiff in error and appellant. Philip Mauro, C. A. L. Massie, and Ralph L. Scott, for defendant in error and appellee. Before LACOMBE, COXE, and WARD, Circuit Judges.

PER CURIAM. We are satisfied it was error to hold defendant in contempt for translating the whole or any part of the label which the court said it might use; the court having expressly stated that such label might be translated into any language. No mistranslation is proved. Order reversed.

---

BASS et al. v. FOREST PRODUCTS & MFG. CO. (Circuit Court of Appeals, Fifth Circuit. October 4, 1909.) No. 1,897. Appeal from the Circuit Court of the United States for the Southern District of Mississippi. For opinion below, see 161 Fed. 1004. R. V. Fletcher and R. V. Willing, for appellants. Garner Wynn Green and Marcellus Green (Marlin E. Olmsted, of counsel), for appellee. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

SHELBY, Circuit Judge. The legal questions involved in this case are conceded by the counsel for both parties to be identical with those involved in Simpson County v. Wisner-Cox Lumber & Mfg. Co. (decided by this court May 10, 1909) 170 Fed. 52. The only difference between this case and the one cited is that here the appellee, which claimed to own the lease for 99 years described in its bill, took the initiative and appeared in the court below as complainant. Demurrers were filed to the bill, which raised the same questions we decided in Simpson County v. Wisner-Cox Lumber & Mfg. Co., supra. The Circuit Court overruled the demurrers, and, after defendants had answered, sustained exceptions to the answer, and rendered final decree for the complainant, the appellee here. On the authority of Simpson County v. Wisner-Cox Lumber & Mfg. Co., supra, and the opinions of the Supreme Court of Mississippi there cited, the decree of the Circuit Court is reversed, and the cause remanded for further proceedings in conformity with the said opinion of this court.

---

BETHLEHEM STEEL CO. v. NILES-BEMENT-POND CO. (Circuit Court of Appeals, Third Circuit. July 21, 1909.) No. 40. Appeal from the Circuit Court of the United States for the District of New Jersey. Thomas W. Bakewell and Francis T. Chambers, for appellant. Charles H. Duell and F. P. Warfield, for appellee. Before GRAY, Circuit Judge, and BRADFORD and YOUNG, District Judges.

PER CURIAM. The opinion filed in this case by the learned judge of the court below (see 166 Fed. 880) has so clearly stated the reasons upon which our own determination of this case is founded that further and independent discussion of them on our part is rendered unnecessary. Therefore, adopting the opinion of the court below as the opinion of this court, its decree is hereby affirmed.